UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**FILED**
SEP 19 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTOPHER JACOBS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. CV-98-PWG-2116-E |
| **THE WATER WORKS AND SEWER BOARD OF THE CITY OF ANNISTON, et al.,** | ) |
| Defendants. | ) |

**ENTERED**
SEP 19 2001

### MEMORANDUM OPINION

This cause comes to be heard on plaintiff's objections to the Report and Recommendation of the Magistrate Judge filed on August 23, 2001. The court has read that extremely well considered report and recommendation, the objections, the briefs and the evidence. The court finds neither one whit nor one hint of discrimination by any defendant. The employer and its agents apparently leaned over backwards to attempt to accommodate a difficult situation. They were caught in the cross hairs of discrimination claims either way if they capitulated to one and not the other. They merely attempted to reach a consistency. The Report and Recommendation will be accepted and judgment entered for the defendants.

This ____ day of September 2001.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT COURT JUDGE

30